AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Rodney M. Criswell | ) Case No:   4:06CR88-1 |
| | ) USM No:   24063-009 |
| Date of Previous Judgment:   April 6, 2007 | ) Bruce Eddy |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   115 months   months **is reduced to**   96 months   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   25            Amended Offense Level:   23
Criminal History Category:   VI         Criminal History Category:   VI
Previous Guideline Range:   110 to 137 months   Amended Guideline Range:   92 to 115 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   4/6/2007   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   7/9/2008                                                      /s/ James M. Moody
                                                                                           Judge's signature

Effective Date:                                                         James M. Moody, United States District Judge
   (if different from order date)                                     Printed name and title